1  William G. Jungbauer
   745 Kasota Ave
2  Minneapolis, MN 55414
   612-333-6371
3
                              **UNITED STATES DISTRICT COURT**
4                             **NORTHERN DISTRICT OF CALIFORNIA**

5  Sheldon K. Kaneko                          CASE NO. 05-02519
              Plaintiff(s),
6  v.                                         **APPLICATION FOR**
                                              **ADMISSION OF ATTORNEY**
7  BNSF Railway Company,                      *PRO HAC VICE*
   a Delaware Corporation
              Defendant(s).
8

9       Pursuant to Civil L.R. 11-3, William G. Jungbauer, an active member in good standing of

10 the bar of Minnesota, hereby applies for admission to practice in the Northern District of

11 California on a *pro hac vice* basis representing Sheldon K. Kaneko in the above-entitled action.

12      In support of this application, I certify on oath that:

13      1. I am an active member in good standing of a United States Court or of the highest court

14 of another State or the District of Columbia, as indicated above;

15      2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule

16 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with

17 the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

18      3. An attorney who is a member of the bar of this Court in good standing and who

19 maintains an office within the State of California has been designated as co-counsel in the above-

20 entitled action. The name, address and telephone number of that attorney is:

21 Lee Harris
   1388 Sutter St., Ste 1000
22 San Francisco, CA 94109
   415-673-5600.
23
   I declare under penalty of perjury that the foregoing is true and correct.
24

25

26
                                              YAEGER, JUNGBAUER &
27                                            BARCZAK, PLC
   Motion for Pro Hac Vice                   745 Kasota Avenue
28 Page 1                                    Minneapolis, MN 55414
                                              (612) 333-6371

1

Dated:        July 12, 2005              By:____/s/  William G. Jungbauer_____

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Motion for Pro Hac Vice
28
Page 2

YAEGER, JUNGBAUER &
BARCZAK, PLC
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Sheldon K. Kaneko
        Plaintiff(s),

v.

**BNSF RAILWAY COMPANY,
a Delaware Corporation**

Defendant(s).

CASE NO. 05-02519

**(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE**

William G. Jungbauer, an active member in good standing of the bar of Minnesota, whose business address and telephone number is 745 Kasota Ave., Minneapolis, MN 55414, 612-333-6371, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sheldon K. Kaneko,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 14, 2005



_____
United States District/Magistrate Judge

YAEGER, JUNGBAUER &
BARCZAK, PLC
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371