United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN I. ILLINGWORTH,<br><br>    Plaintiff(s),<br><br>    v.<br><br>BNSF RAILWAY CO.,<br><br>    Defendant(s).<br>_____/<br><br>AND RELATED CASE<br><br>SHELDON K. KANEKO,<br><br>    Plaintiff(s),<br><br>    v.<br><br>BNSF RAILWAY CO.,<br><br>    Defendant(s).<br>_____/ | No. C05-02517 JCS AND<br>RELATED CASE NO. C05-2519 JCS<br><br>**ORDER DENYING WITHOUT PREJUDICE THE DEPOSITIONS OF MEDICAL DOCTORS [Docket No. 51 and 53]** |

On October 26, 2006, Defendant filed a letter brief, construed as a Motion to Take The Depositions of Drs. Walter Afield and John Kleeman (the "Motion").

IT IS HEREBY ORDERED that the Motion is DENIED without prejudice to renewing after the January 17, 2007 mediation.

IT IS SO ORDERED.

Dated: October 30, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge