William C. Barry, Esq., SBN: 060520
**BARRY UBALDI MCPHERSON & FLESHER LLP**
11249 Gold Country Boulevard, Suite 170
Gold River, CA 95670
Telephone: (916) 635-2200
Facsimile: (916) 635-2120
Attorneys for Defendant BNSF RAILWAY COMPANY

William G. Jungbauer, Esq.
YAEGER, JUNGBAUER & BARCZAK, PLC
745 Kasota Avenue
Minneapolis, MN 55414
Telephone: (612) 333-6371
Facsimile: (612) 333-3619
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON K. KANEKO, | Case No. C-05-02519 JCS |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| BNSF RAILWAY COMPANY, a Delaware Corporation, | |
| Defendant. | Date Action File: 6/21/05 |

This matter having come before the Court upon the parties' Stipulation of Dismissal, it is hereby ORDERED that pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action in its entirety is hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

YAEGER, JUNGBAUER &
BARCZAK, PLC
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371

Order of Dismissal
Page 1

1 Done this 22nd day of March, 2007.

2

3 BY THE COURT:

4

5 _____

6 Joseph C. Spero
U.S.M.J.

*Judge Joseph C. Spero*
*(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)*

Order of Dismissal
Page 2

YAEGER, JUNGBAUER &
BARCZAK, PLC
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371